UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAPONDIA IRVIN,

      Plaintiff,                           Case No. 5:14-cv-13495
                                                 Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 16), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 17) AND AFFIRMING THE DECISION OF THE COMISSIONER OF SOCIAL SECURITY

Plaintiff, Lapondia Irvin, brings this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying her applications for supplemental security income and disability insurance benefits. Currently before the Court is Plaintiff's motion for summary judgment (DE 16), the Commissioner's cross-motion for summary judgment (DE 17), and the administrative record (DE 13).

The parties have consented to my authority. (DE 19.) A hearing was noticed for March 16, 2016. On that date, Plaintiff's counsel (Kenneth F. Laritz) and local government counsel (AUSA Theresa M. Urbanic) appeared in person, while AUSA John J. Engel appeared by telephone.

For the reasons stated on the record, Plaintiff's motion is **DENIED** (DE 16), Defendant's motion is **GRANTED** (DE 17), and the decision of the Commissioner of Social Security is **AFFIRMED.**

**IT IS SO ORDERED.**

Dated: March 29, 2016                    s/Anthony P. Patti
                                         Anthony P. Patti
                                         UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on March 17, 2016, electronically and/or by U.S. Mail.

                                         s/Michael Williams
                                         Case Manager to the
                                         Honorable Anthony P. Patti